Michael J.D. Sweeney (*pro hac vice*)
Alex D. Dumas *(pro hac vice)*
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Fax: (845) 255-8649
msweeney@getmansweeney.com

Christian J. Gabroy, Esq. (#8805)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV  89012
Telephone: (702) 259-7777
Fax: (702) 259-7704
Christian@gabroy.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BRIAN SMITH, on behalf of himself and those similarly situated persons,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KELLOGG COMPANY and KELLOGG SALES COMPANY,**<br><br>**Defendants.** | Case No.2:17-CV-01914<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION TO AMEND COMPLAINT (DKT. 54) AND RESPONSE TO MOTION TO COMPEL ARBITRATION (DKT. 55)** |

1   This is the First Unopposed Motion for Extension of Time to file Plaintiffs' Reply
2   to Defendant's Response to Motion to Amend Complaint (Dkt. 54) and Response to
3   Motion to Compel Arbitration (Dkt. 55). Plaintiffs have encountered scheduling conflicts
4   that interfere with the current scheduled deadlines to file its Reply and Response.
5   Plaintiff's request a one week extension (1) extending the deadline to file Reply to
6   Defendant's Response to Motion to Amend Complaint from September 22, 2017 to
7   September 29 and (2) extending Plaintiff's deadline to file a Response to Motion to
8   Compel Arbitration from September 29, 2017 to October 6, 2017.   Plaintiffs contacted
9   counsel for Kellogg and have received their consent to file this unopposed motion for an
10  extension of time to file both the Reply and Response.
11       Based upon the foregoing, Plaintiff moves this Honorable Court to Extend the
12  deadlines to file Plaintiffs' Reply to Defendant's Response to Motion to Amend
13  Complaint (Dkt. 54) and Response to Motion to Compel Arbitration (Dkt. 55).

Dated: September 21, 2017            Respectfully Submitted,

*s/ Michael J.D. Sweeney*

Michael J.D. Sweeney (Pro Hac Vice)
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street
Kingston, NY 12401
phone: (845)255-9370 / fax: (845) 255-8649
email: msweeney@getmansweeney.com

Christian J. Gabroy, Esq.
GABROY LAW OFFICES
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012
Telephone: (702) 259-7777
Fax: (702) 259-7704
Christian@gabroy.com

**ATTORNEYS FOR PLAINTIFFS**

**Honorable Andrew P. Gordon**

**IT IS HEREBY ORDERED** that an extension of deadlines as to Plaintiffs' Reply to Defendant's Response to Motion to Amend Complaint and Response to Motion to Compel Arbitration are appropriate and it is ordered as follows:

1. Plaintiff's deadline to file Reply to Defendant's Response to Motion to Amend Complaint shall be extended from September 22, 2017 to September 29, 2017; and

2. Plaintiff's deadline to file a Response to Motion to Compel Arbitration shall be extended from September 29, 2017 to October 6, 2017.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE
ANDREW P. GORDON