# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN SMITH, *et al.*,

        Plaintiffs,

vs.

KELLOGG COMPANY and KELLOGG SALES COMPANY,

        Defendants.

Case No. 2:17-cv-01914-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw his Motion to Amend Complaint (ECF No. 67), filed on September 29, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw his Motion to Amend Complaint (ECF No. 67) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint (ECF No. 31) is **denied** without prejudice.

DATED this 2nd day of October, 2017.

                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge