Matthew Dunn (*pro hac vice*)
Alex D. Dumas (*pro hac vice*)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Fax: (845) 255-8649
mdunn@getmansweeney.com

Christian J. Gabroy, Esq. (#8805)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV  89012
Telephone: (702) 259-7777
Fax: (702) 259-7704
Christian@gabroy.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BRIAN SMITH, on behalf of himself and those similarly situated persons,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KELLOGG COMPANY and KELLOGG SALES COMPANY,**<br><br>**Defendants.** | Case No.2:17-CV-01914<br><br>**NOTICE OF WITHDRAWALS OF CONSENT TO SUE** |

Please take notice that opt-ins Kevin Johnson (Dkt. 21-1, p. 2), James Keillor (Dkt. 120), Rich Mag (Dkt. 114), Barbara McGinnis (Dkt. 152-2), Daniel Ramseth (Dkt. 150), Haniel Santiago (Dkt. 149), and Amy Spadaro (Dkt. 27) have withdrawn their consents to sue in this matter without prejudice, to pursue their claims in arbitration.

Dated: July 30, 2018                      Respectfully Submitted,

*/s/ Matt Dunn*

Matt Dunn (pro hac vice)
Alex D. Dumas (pro hac vice)
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street
Kingston, NY 12401
Telephone: (845)255-9370
Facsimile: (845) 255-8649
Email: mdunn@getmansweeney.com

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July 2018, I caused to be served a true and correct copy of the foregoing **NOTICE of Withdrawals of Consents to Sue** on the following person(s) by the following method(s) pursuant to FRCP 5:

All Entities Appropriately Registered Through the CM/ECF system

    Respectfully submitted,

    s/ Matt Dunn

**GETMAN, SWEENEY & DUNN, PLLC**
Matthew Dunn (PHV)
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8749
mdunn@getmansweeney.com

**Attorneys for Plaintiffs**