# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brian Smith, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>Kellogg Company, Kellogg Sales Company,<br><br>　　Defendants | Case No.: 2:17-cv-01914-APG-GWF<br><br>**Order Denying Defendant's Emergency Motion to Enforce Stay**<br><br>[ECF No. 187] |

The defendants' emergency motion to enforce stay and to strike the plaintiffs' motion to amend **(ECF No. 187) is DENIED**. The defendants shall file a response to the plaintiffs' motion to amend and transfer (ECF Nos. 183, 185) by September 18, 2018.

DATED this 4th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE